Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone:   (408) 246-1515
Facsimile:   (408) 246-4105
Email:         alexcpark@yahoo.com

GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:   (415) 398-2296
Facsimile:   (415) 398-2290
Email:         GGBenetatos@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A., on behalf of her children: minor son CDC; minor son JDC; minor daughter ELA; and minor daughter GLA<br><br>   Plaintiffs,<br><br> vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE, and DOES 1 TO 50, inclusive<br><br>   Defendants. | Case No. 10:CV-02811 PVT<br><br>PETITION FOR [xxxxxxxxxx] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT |

Petitioner, Plaintiff P.A., through her counsel of record, Alex C. Park and George G. Benetatos, hereby submit this petition and proposed order for continuance of the Case Management Conference, currently scheduled for November 9, 2010, and vacating related deadlines, including the deadline for filing the F.R.C.P. 26(f) Report and Case Management Statement.  Plaintiff proposes a new Case Management Conference date of February 15, 2011 and related deadlines to be rescheduled accordingly.

This petition for proposed order is for good cause due to the fact that service of this action on defendants was delayed in consideration of related settlement negotiations that Plaintiff was participating in with the defendant, FBI, involving criminal charges brought against Plaintiff that stem from the same facts and events that are the basis of this litigation.

The settlement negotiations resulted in entry of a plea agreement in the matter before the United States District Court in Northern District California, San Jose Division, as Case No. CR-08-00328 RMW before The Hon. Judge Whyte.  Only after the plea agreement was put on the record was it determined by the defendant that impact of the plea agreement on immigration status was unacceptable.  Further negotiations to revise the plea agreement were unsuccessful.  Defendant is now in the process of preparing a motion to withdraw plea in the criminal matter.

Now that plea and settlement negotiations in the related matter have failed Plaintiff sent the complaint, summons and process papers for service on defendants in this litigation on or about October 29, 2010.  No proof of service has yet been received by Plaintiffs and no appearance has been made on behalf of defendants.

Respectfully submitted,

DATED: November 5, 2010            LAW OFFICES OF ALEX C. PARK

                                                     By:   /s/ Alex Park
                                                         ALEX PARK
                                                         Attorney for Plaintiffs

LAW OFFICE OF GEORGE G. BENETATOS

DATED: November 5, 2010       By:   /s/ George G. Benetatos
                                    George G. Benetatos,
                                    Attorney for Plaintiffs

## ORDER

For good cause shown above,

The Case Management Conference is continued to February 15, 2011 and all related deadlines are hereby vacated to be rescheduled.

**IT IS SO ORDERED**.

DATED: 11/5/2010        _____
                        HONORABLE PATRICIAL V. TRUMBALL
                        UNITED STATES Ixxxxxxxxxxxxxxxxx` JUDGE

PETITION FOR [PROPOSED] ORDER

3