|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| P.A., ON BEHALF OF MINOR CHILDREN, CDC, JDC, ELA, and GLA, | ) ) ) | Case No.: C 10-02811 PSG |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

A case management conference shall be held on March 8, 2011 at 2PM in Courtroom 5.

IT IS SO ORDERED.

Dated:   February 16, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*