```
1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for the Federal Defendants[1]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A. ON BEHALF OF MINOR CHILDREN, CDC, JDC, ELA, and GLA,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, ET AL.,<br><br>    Defendants. | No. C10-02811 PSG<br><br>STIPULATION AND [XXXXXXXXXXXX] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference Currently Set for March 8, 2011 |

By order entered February 16, 2011, this case was scheduled for a case management conference on March 8, 2011.

The Office of the United States Attorney was served with the Summons and Complaint in this action on February 17, 2011. Accordingly, the Federal Defendants' response to the Complaint is not due until April 18, 2011. Undersigned defendants' counsel has advised plaintiffs' counsel that she has no agency file for this case yet. Accordingly, she is unable to substantively discuss case management issues.

Counsel for the parties believe that the case management conference and the related meet and confer obligations will be more productive after the Federal Defendants have responded to the Complaint. The parties therefore stipulate and request that the case management conference be continued approximately 60 days.

---

[1] Counsel for the Federal Defendants specially appears for the purposes of this stipulation only.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Respectfully submitted, |
| 3 | DATED: February 18, 2011     LAW OFFICES OF ALEX C. PARK |
| 4 | /s/ Alex C. Park |
| 5 | ALEX C. PARK<br>Attorney for Plaintiffs |
| 6 | |
| 7 | DATED: February 18, 2011     MELINDA HAAG<br>United States Attorney |
| 8 | /s/ Claire T. Cormier |
| 9 | CLAIRE T. CORMIER[2]<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference for this case is continued to <u>April 19</u>, 2011 at 2:00 p.m.  The parties shall file a joint case management statement no later than seven days prior to the case management conference.

DATED: February 28, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[2]  I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 10-2811 PSG                              2