MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for the Federal Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A. ON BEHALF OF MINOR CHILDREN, CDC, JDC, ELA, and GLA,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, ET AL.,<br><br>    Defendants. | No. C10-02811 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR RESPONSE TO COMPLAINT<br><br>Case Management Conference Currently Set for June 10, 2011 |

    By Clerk's Notice dated April 27, 2011, this case was scheduled for a case management conference on June 10, 2011. Defendants' counsel has advised plaintiffs' counsel that her son's eighth grade graduation ceremony is the morning of June 10, 2011. Accordingly, defendants requested and plaintiffs agreed to continue the case management conference to June 24, 2011.

    In addition, pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate that the defendants shall have an extension of time to May 23, 2011 to answer, move, or otherwise respond to the complaint.

//

//

//

//

---

[1] Because the Federal Defendants have not yet responded to the complaint in this action, counsel for the Federal Defendants specially appears for the purposes of this stipulation only.

1     IT IS SO STIPULATED.

2                             Respectfully submitted,

3    DATED: April 28, 2011        LAW OFFICES OF ALEX C. PARK

4                             /s/ Alex C. Park

5                             ALEX C. PARK
                              Attorney for Plaintiffs

6

7   DATED: April 28, 2011        MELINDA HAAG
                            United States Attorney

8                             /s/ Claire T. Cormier

9                             CLAIRE T. CORMIER[2]
                            Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference for this case is continued to June 24, 2011 at 10:30 a.m. The parties shall file a joint case management statement no later than seven days prior to the case management conference.

IT IS FURTHER ORDERED that the Federal Defendants shall have an extension of time to and including May 23, 2011 to answer, move, or otherwise respond to the complaint.

DATED: 5/9/11

JEREMY FOGEL
United States District Court Judge

---

[2] I, Claire T. Cormier, hereby attest that Mr. Park authorized me to electronically sign this document on his behalf.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING ANSWER DEADLINE
C 10-2811 JF                 2