```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
     150 Almaden Blvd., Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5082
     FAX: (408) 535-5081
     claire.cormier@usdoj.gov
```

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A. ON BEHALF OF MINOR CHILDREN, CDC, JDC, ELA, and GLA,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, ET AL.,<br><br>    Defendants. | No. C10-02811 PSG<br><br>**STIPULATION AND** \|xxxxxxxxxxxx<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>Currently Set for June 14, 2011 |

The case is currently scheduled for an initial case management conference on June 14, 2011. Defendant's motion to dismiss is currently scheduled for hearing on August 2, 2011. The parties believe that a case management conference will be more productive after the Court rules on the motion.

Accordingly, the parties hereby STIPULATE and respectfully request that the case management conference set for June 14, 2011 be continued to a date after the hearing on the motion to dismiss.

                                          Respectfully submitted,

DATED: June 1, 2011          LAW OFFICES OF ALEX C. PARK

                                          /s/ Alex C. Park

                                          ALEX C. PARK<br>
                                          Attorney for Plaintiffs

DATED: June 2, 2011　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/ Claire T. Cormier

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CLAIRE T. CORMIER[1]
　　　　　　　　　　　　　　　　　Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the case management conference, previously scheduled for June 14, 2011, is hereby continued to August 30, 2011 at 2:00 p.m. The parties shall submit a joint case management statement no later than seven days prior to that date.

DATED: June 3, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　PAUL S. GREWAL,
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 10-2811 PSG　　　　　　　　　　2