MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A. on behalf of her children: minor daughter ELA; and minor daughter GLA; CARLOS DEL CARMEN, individually; and JULIO DEL CARMEN, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, and DOES 1 TO 50, inclusive,<br><br>        Defendants. | No. C10-02811 PSG<br><br>STIPULATION AND \|------------------------<br>ORDER REGARDING BRIEFING<br>SCHEDULE FOR MOTION TO DISMISS<br><br>Date: October 11, 2011<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Paul S. Grewal |

        Defendant FBI filed a motion to dismiss the First Amended Complaint on August 16,

2011 with a hearing date of October 11, 2011.  Prior to the filing of the motion, the parties agreed

on a longer briefing schedule than that provided by the Court's Local Rules.  Accordingly, the

parties hereby STIPULATE AND REQUEST that the Court set the following briefing schedule

for defendant's motion:

        Plaintiffs' Opposition due September 9, 2011

        Defendant's Reply due September 27, 2011

//

//

1    IT IS SO STIPULATED.

2                                    Respectfully submitted,

3    DATED: August 16, 2011          LAW OFFICES OF ALEX C. PARK

4                                    /s/ Alex C. Park

5                                    _____
                                     ALEX C. PARK
6                                    Attorney for Plaintiffs

7    DATED: August 17, 2011          MELINDA HAAG
                                     United States Attorney

8                                    /s/ Claire T. Cormier

9                                    _____
                                     CLAIRE T. CORMIER[1]
10                                   Assistant United States Attorney

11

12                          **[PROPOSED] ORDER**

13        Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

14

15   DATED: _August 19, 2011_____        _Paul S. Grewal_____
                                         PAUL S. GREWAL
16                                       United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27   _____

28        [1]  I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
C 10-2811 PSG                    2