```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov
```

Attorneys for the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A. on behalf of her children: minor daughter ELA; and minor daughter GLA; CARLOS DEL CARMEN, individually; and JULIO DEL CARMEN, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, and DOES 1 TO 50, inclusive,<br><br>    Defendants. | No. C10-02811 PSG<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS<br><br>Date: October 11, 2011<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Paul S. Grewal |

Defendant FBI filed a motion to dismiss the First Amended Complaint on August 16, 2011 with a hearing date of October 11, 2011. Prior to the filing of the motion, the parties agreed on a longer briefing schedule than that provided by the Court's Local Rules. Accordingly, the parties hereby STIPULATE AND REQUEST that the Court set the following briefing schedule for defendant's motion:

Plaintiffs' Opposition due September 9, 2011

Defendant's Reply due September 27, 2011

//

//

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 16, 2011     LAW OFFICES OF ALEX C. PARK

/s/ Alex C. Park

ALEX C. PARK
Attorney for Plaintiffs

DATED: August 17, 2011     MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: August 19, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
C 10-2811 PSG                                     2