UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PA ON BEHALF OF HER CHILDREN, ELA, ET AL.,<br><br>            Plaintiffs,<br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>            Defendant. | Case No.: C 10-02811 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 30, 2011, the parties appeared for a case management conference. Based on the discussions held at the conference, the case management conference shall be continued to October 11, 2011 at 2PM.

IT IS SO ORDERED.

Dated: September 8, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*