Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone:   (408) 246-1515
Facsimile:   (408) 246-4105
Email:        alexcpark@yahoo.com

GEORGE G. BENETATOS [SBN:  54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 398-2296
Facsimile:   (415) 398-2290
Email:        GGBenetatos@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| P.A., on behalf of her children: | ) | Case No. 10:CV-02811 PSG |
| minor son CDC; minor son JDC; | ) | |
| minor daughter ELA; and minor | ) | STIPULATION AND [~~PROPOSED~~] |
| daughter GLA | ) | ORDER TO RESET |
| | ) | CALENDARING DATE OF CASE |
| Plaintiffs, | ) | MANAGEMENT CONFERENCE |
| | ) | AND HEARING |
| vs. | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, U.S. IMMIGRATION | ) | |
| AND CUSTOMS ENFORCEMENT | ) | |
| OFFICE, and DOES 1 TO 50, inclusive | ) | |
| | ) | |
| Defendants. | | |

1
STIPULATION AND [~~PROPOSED~~] ORDER TO RESET CMC AND HEARING
Case No. 10:CV-02811 PSG

P.A., on behalf of her children, minor daughter ELA, minor daughter GLA, and Carlos del Carmen, and Julio del Carmen, through their counsel of record, Alex C. Park, and approved by Defendant Federal Bureau of Investigation, through counsel of record, Assistant United States Attorney Claire T. Cormier, hereby submit this stipulation and proposed order to reset calendared case management conference.

WHEREAS, the court scheduled a Case Management Conference and Motion to Dismiss for October 18, 2011 at 10:00 a.m. in Courtroom 5, 4th Floor before The Hon. Paul Singh Grewal;

WHEREAS, on the same date and at the same time Plaintiffs' counsel has a scheduling conflict with a pre-scheduled court appearance on October 18, 2011 in the San Francisco immigration court;

WHEREAS, Alex C. Park contacted this court requesting a change in the date for the calendared hearing and was provided with alternative available dates for the court on either November 22, 2011 or November 29, 2011;

WHEREAS, Assistant United States Attorney Claire T. Cormier, has agreed to reschedule the Case Management Conference and hearing for motion to dismiss to November 22, 2011;

WHEREAS, for good cause, counsel for Plaintiffs request that the Case Management Conference and hearing for the motion to dismiss be rescheduled and held at

STIPULATION AND [PROPOSED] ORDER TO RESET CMC AND HEARING
Case No. 10:CV-02811 PSG

10:00 a.m. on November 22, 2011.

WHEREAS, Defendant FBI, through counsel of record, Assistant United States Attorney, Claire T. Cormier, hereby agree to this stipulation and proposed order; and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate that the Case Management Conference and hearing for motion to dismiss scheduled for October 18, 2011 be rescheduled to be held at 10:00 a.m. on November 22, 2011.

Respectfully submitted,

LAW OFFICES OF ALEX C. PARK

DATED: October 15, 2011 _____/S/_____
ALEX C. PARK
Attorney for Plaintiffs

MELINDA HAAG
United States Attorney

DATED: October 17, 2011 _____/S/_____
CLAIRE T. CORMIER
Assistant United States Attorney
Attorney for Defendants

3

STIPULATION AND [PROPOSED] ORDER TO RESET CMC AND HEARING
Case No. 10:CV-02811 PSG

1

## ORDER

2

For good cause shown above,

3

4

**IT IS SO ORDERED.**

5

6

DATED:10/17/11

7

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER TO RESET CMC AND HEARING
Case No. 10:CV-02811 PSG