Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone:   (408) 246-1515
Facsimile:   (408) 246-4105
Email:        alexcpark@yahoo.com

GEORGE G. BENETATOS [SBN:  54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 398-2296
Facsimile:  (415) 398-2290
Email:        GGBenetatos@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.A., on behalf of her children: minor son CDC; minor son JDC; minor daughter ELA; and minor daughter GLA<br><br>    Plaintiffs,<br><br>    vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE, and DOES 1 TO 50, inclusive<br><br>        Defendants. | Case No. 10:CV-02811 PUI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESET CALENDARING DATE FOR THE MOTION TO DISMISS |

P.A., on behalf of her children, minor daughter ELA, minor daughter GLA, and Carlos del Carmen, and Julio del Carmen, through their counsel of record, Alex C. Park, and approved by Plaintiff United States of America, through counsel of record, Assistant United States Attorney Claire T. Cormier, hereby submit this stipulation and proposed order to reset calendared case management conference.

WHEREAS, the pending Motion to Dismiss is currently scheduled for September 4, 2012 in Courtroom 5, 4th Floor before The Hon. Paul Singh Grewal;

WHEREAS, on the same date and at the same time Plaintiffs' counsel has a scheduling conflict due to a calendaring error;

WHEREAS, Alex C. Park contacted this court requesting a change in the date for the Motion to Dismiss hearing and was provided with an alternative available date for the court at 10:00 a.m. on September 11, 2012;

WHEREAS, Assistant United States Attorney Claire T. Cormier, has agreed to reschedule the Motion to Dismiss to September 11, 2012 if the Court's schedule is available on that date;

WHEREAS, for good cause, counsel for Plaintiffs request that the hearing for the Motion to Dismiss be rescheduled and held at 10:00 a.m. on September 11, 2012.

WHEREAS, Defendant United States of America, through counsel of record, Assistant United States Attorney, Claire T. Cormier, hereby agree to this stipulation and proposed order; and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate that the hearing for Motion to Dismiss scheduled for September 4, 2012 be rescheduled to be held at 10:00 a.m. on September 11, 2012.

Respectfully submitted,

                                      LAW OFFICES OF ALEX C. PARK

DATED: August 24, 2012        /S/
                                      ALEX C. PARK
                                      Attorney for Plaintiffs

                                      MELINDA HAAG
                                      United States Attorney

DATED: August 24, 2012        /S/
                                      CLAIRE T. CORMIER
                                      Assistant United States Attorney
                                      Attorney for Defendants

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

DATED: August 27, 2012        /s/ Paul S. Grewal
                                      HONORABLE PAUL S. GREWAL
                                      UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER TO RESET MOTION TO DISMISS HEARING