1  Alex C. Park [SBN 197781]
   LAW OFFICES OF ALEX C. PARK
2  4675 Stevens Creek Blvd., Suite 100
   Santa Clara, CA 95051
3  Telephone:   (408) 246-1515
   Facsimile:    (408) 246-4105
4  Email:     alexcpark@yahoo.com

5  GEORGE G. BENETATOS [SBN:  54986]
   LAW OFFICE OF GEORGE G. BENETATOS
6  244 California Street, Suite 300
   San Francisco, California 94111
7  Telephone:  (415) 398-2296
   Facsimile:   (415) 398-2290
8  Email:     GGBenetatos@yahoo.com

9  Attorneys for Plaintiffs

10

11                 UNITED STATES DISTRICT COURT

12

13            NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16  P.A., on behalf of her children:        )   Case No. 10:CV-02811 PUI
17  minor son CDC; minor son JDC;            )
18  minor daughter ELA; and minor            )   STIPULATION AND [~~PROPOSED~~]
    daughter GLA                             )   ORDER TO RESET
19                                           )   CALENDARING DATE FOR THE
                                             )   MOTION TO DISMISS
20       Plaintiffs,                         )
                                             )
21       vs.                                 )
22                                           )
23  FEDERAL BUREAU OF                        )
    INVESTIGATION, U.S. IMMIGRATION          )
24  AND CUSTOMS ENFORCEMENT                  )
    OFFICE, and DOES 1 TO 50, inclusive      )
25                                           )
26       Defendants.                         )

27

28

                                1
STIPULATION AND [~~PROPOSED~~] ORDER TO RESET MOTION TO DISMISS HEARING

P.A., on behalf of her children, minor daughter ELA, minor daughter GLA, and Carlos del Carmen, and Julio del Carmen, through their counsel of record, Alex C. Park, and approved by Plaintiff United States of America, through counsel of record, Assistant United States Attorney Claire T. Cormier, hereby submit this stipulation and proposed order to reset calendared case management conference.

WHEREAS, the pending Motion to Dismiss is currently scheduled for September 4, 2012 in Courtroom 5, 4th Floor before The Hon. Paul Singh Grewal;

WHEREAS, on the same date and at the same time Plaintiffs' counsel has a scheduling conflict due to a calendaring error;

WHEREAS, Alex C. Park contacted this court requesting a change in the date for the Motion to Dismiss hearing and was provided with an alternative available date for the court at 10:00 a.m. on September 11, 2012;

WHEREAS, Assistant United States Attorney Claire T. Cormier, has agreed to reschedule the Motion to Dismiss to September 11, 2012 if the Court's schedule is available on that date;

WHEREAS, for good cause, counsel for Plaintiffs request that the hearing for the Motion to Dismiss be rescheduled and held at 10:00 a.m. on September 11, 2012.

WHEREAS, Defendant United States of America, through counsel of record, Assistant United States Attorney, Claire T. Cormier, hereby agree to this stipulation and proposed order; and

2

STIPULATION AND [PROPOSED] ORDER TO RESET MOTION TO DISMISS HEARING

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate that the hearing for Motion to Dismiss scheduled for September 4, 2012 be rescheduled to be held at 10:00 a.m. on September 11, 2012.

Respectfully submitted,

LAW OFFICES OF ALEX C. PARK

DATED: August 24, 2012 _____/S/_____

ALEX C. PARK
Attorney for Plaintiffs

MELINDA HAAG
United States Attorney

DATED: August 24, 2012 _____/S/_____

CLAIRE T. CORMIER
Assistant United States Attorney
Attorney for Defendants

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: _August 27, 2012_

HONORABLE PAUL S. GREWAL
""""""""""UNITED STATES OCI KVTCVG'JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO RESET MOTION TO DISMISS HEARING