Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone:   (408) 246-1515
Facsimile:   (408) 246-4105
Email:       alexcpark@yahoo.com

GEORGE G. BENETATOS [SBN:  54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 398-2296
Facsimile:  (415) 398-2290
Email:       GGBenetatos@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| P.A., on behalf of her children: minor daughter ELA; and minor daughter GLA; CARLOS DEL CARMEN, individually; and JULIO DEL CARMEN, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and DOES 1 TO 50, inclusive <br> Defendants. | Case No. 10-cv-02811-PSG <br><br> [~~PROPOSED~~] JOINT SCHEDULING ORDER |

[PROPOSED] JOINT SCHEDULING ORDER

Plaintiffs, through their counsel of record, Alex C. Park, Esq., and approved by Defendant United States of America, through counsel of record, Assistant United States Attorney Claire Cormier, hereby submit this [Proposed] Scheduling Order setting forth the calendar of the case pursuant to Order Denying Defendant's Motion to Dismiss (Doc. 70), filed October 3, 2012.

Case Schedule:

| | |
|---|---|
| Defendant File Answer to Complaint | October 26, 2012 |
| Exchange of Initial Disclosures | November 2, 2012 |
| Deadline to Amend Pleadings | November 23, 2012 |
| Deadline for Mediation | March 15, 2013 |
| Fact Discovery Cutoff | April 30, 2013 |
| Parties Serve Initial Expert Reports | May 17, 2013 |
| Parties Serve Rebuttal Expert Reports | June 14, 2013 |
| Close Expert Discovery | July 12, 2013 |
| Last Day to File Dispositive Motions | *See* Civil Local Rule 7-2(a) |
| Last Day Dispositive Motion Hearing | September 17, 2013 |
| Final Pretrial Conference | October 22, 2013, 2:00 p.m. |
| Bench Trial ( 3-5 court days) | November 4, 2013 |

It is further agreed by the parties that the presumptive limits on

2

[PROPOSED] JOINT SCHEDULING ORDER

discovery set forth in the Federal Rules of Civil Procedure apply.

It is further agreed by the parties that the case may be referred to the Court's mediation program. The parties suggest that, because they believe that a reasonable amount of discovery must be done before the case will be ready for mediation, the deadline for mediation should be March 15, 2013, as noted in the schedule above.

IT IS SO STIPULATED.

Dated: October 10, 2012          LAW OFFICE OF ALEX C. PARK

                                  _____/s/ *Alex C. Park*_____
                                  ALEX C. PARK
                                  Attorney for Defendants

                                  MELINDA HAAG
                                  United States Attorney

Dated: October 11, 2012          By: _____
                                  Claire Cormier
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff

[PROPOSED] JOINT SCHEDULING ORDER

1  ORDER

2  For good cause shown above,

3
4  IT IS SO ORDERED.

5  DATED:  __10/12/2012__          _Paul S. Grewal_____

6                                  HONORABLE PAUL SINGH GREWAL
7                            UNITED STATES DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

[PROPOSED] JOINT SCHEDULING ORDER